**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 15-cv-02761-RM-KMT

VELOCITEL, INC. d/b/a
FDH VELOCITEL,

    Plaintiff,

v.

KATHY HOFFMAN GILLIS and

    Defendant.

---

**ORDER:**
**(1) GRANTING JOINT MOTION FOR ENTRY OF**
**STIPULATED INJUNCTION AND DISMISSAL; AND**
**(2) ENTERING STIPULATED INJUNCTION**

---

This matter is before the Court on the Joint Motion for Entry of Stipulated Injunction and Dismissal (ECF No. 25) filed by the parties. Upon consideration of the Joint Motion, and being otherwise fully advised, it is **ORDERED**

    (1) That the Joint Motion for Entry of Stipulated Injunction and Dismissal (ECF No. 25) is **GRANTED**;

    (2) That the **STIPULATED INJUNCTION** attached is hereby entered as an Order of this Court;

(3) That this action is **DISMISSED WITH PREJUDICE**, subject to the terms of the Stipulated Injunction with the parties' reservation of their right to seek enforcement of the Stipulated Injunction with this Court; and

(4) That each party shall bear its or her own costs and fees.

DATED this 14th day of March, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge